UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. JEREMIAH PATRICK MILLER          Docket No. 5:13-CR-190-1F

**Petition for Action on Supervised Release**

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, JEREMIAH PATRICK MILLER, who, upon an earlier plea of guilty to Distribution of a Quantity of Heroin, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on June 3, 2014, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

JEREMIAH PATRICK MILLER was released from custody on March 29, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has indicated that he would like mental health treatment to address some possible mental health issues that he has identified. He has signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                I declare under penalty of perjury that the foregoing
                                      is true and correct.

/s/ Jeffrey L. Keller                 /s/ Amir A. Hunter
Jeffrey L. Keller                     Amir A. Hunter
Supervising U.S. Probation Officer    U.S. Probation Officer
                                      310 New Bern Avenue, Room 610
                                      Raleigh, NC 27601-1441
                                      Phone: 919.861.8663
                                      Executed On: June 7, 2016

**ORDER OF THE COURT**

Considered and ordered this ___8___ day of ___June___, 2016 and ordered filed and made a part of the records in the above case.

_/s/ James C. Fox_
James C. Fox
Senior U.S. District Judge

Case 5:13-cr-00190-F   Document 37   Filed 06/08/16   Page 1 of 1